1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
10         **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| SUSAN HOWARD, and others, | Case No. 13-cv-04009 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| CVS CAREMARK CORP., and others, | |
| Defendants. | |

17
18         In accordance with Civil Local Rule 3-12(c), **IT** IS HEREBY ORDERED that the
19    above captioned case is referred to Judge Elizabeth D. Laporte to determine whether it is
20    related to *Ortiz et al v. CVS Caremark Corporation et al*, No. 12-cv-05859 EDL.
21         IT IS SO ORDERED.
22         Date: October 1, 2013
23                                        Nathanael M. Cousins
                                          United States Magistrate Judge
24
25
26
27
28