**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SUSAN HOWARD, and others,

Plaintiffs,

v.

CVS CAREMARK CORP., and others,

Defendants.

Case No. 13-cv-04009 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Elizabeth D. Laporte to determine whether it is related to *Ortiz et al v. CVS Caremark Corporation et al*, No. 12-cv-05859 EDL.

IT IS SO ORDERED.

Date: October 1, 2013

Nathanael M. Cousins
United States Magistrate Judge