**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH ORTIZ, et al.,

    Plaintiffs,

v.

CVS CAREMARK CORPORATION, et al.,

    Defendants.
                                              /

No. C -12-05859 EDL

**ORDER GRANTING DEFENDANT'S REQUEST TO CONSIDER SUR-REPLY; SETTING BRIEFING SCHEDULE AND CONTINUING HEARING**

On November 5, 2013, Defendants filed a sur-reply to Plaintiff's Motion for Class Certification, and a request to consider the sur-reply. On November 5, 2013, Plaintiffs filed an objection to Defendants' sur-reply. The Court will consider Defendants' sur-reply and will give Plaintiffs an opportunity to file a response to the sur-reply. Plaintiffs' response shall be filed no later than November 8, 2013. The hearing is continued to November 19, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 11/6/13

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge