IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ORTIZ, et al., | No. C -12-05859 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| CVS CAREMARK CORPORATION, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Pretrial Conference statement, the pretrial conference and trial dates in this case are vacated. In their joint statement, the parties stated that, pursuant to the terms of the proposed settlement of this case, Plaintiffs will file a dismissal of the claims in this action, except for Plaintiffs' individual and class allegations for California Labor Code section 203 penalties for late payment of termination pay, which have been stayed. The deadline to file that dismissal is September 10, 2014. No later than November 18, 2014, the parties shall file a joint status statement, addressing the status of the stayed claims in this case and the state court case of Murphy v. CVS Caremark, Case No. BC464785.

**IT IS SO ORDERED.**

Dated: August 19, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge