1  RANDALL B. AIMAN-SMITH (State Bar No. 124599)
   REED W.L. MARCY (State Bar No. 191531)
2  HALLIE VON ROCK (State Bar No. 233152)
   AIMAN-SMITH & MARCY
3  7677 Oakport Street, Suite 1020
   Oakland, CA 94621
4  Tel (510) 562-6800 • Fax (510) 562-6830

5  Attorneys for Plaintiffs
   Elizabeth Ortiz and Gail Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELIZABETH ORTIZ and GAIL MILLER, individually and on behalf of all others similarly situated, | Case No.: CV 12-05859 EDL |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR DISMISSAL AND [PROPOSED] ORDER TO DISMISS FIRST AMENDED COMPLAINT CAUSES OF ACTION ONE THROUGH SIX AND EIGHT THROUGH ELEVEN** |
| v. | |
| CVS CAREMARK CORPORATION, CVS PHARMACY, INC., and DOES 1-50, inclusive, | **Courtroom E - 15th Floor** |
| Defendants. | Hon. Elizabeth D. LaPorte |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs GAIL MILLER and ELIZABETH ORTIZ ("Plaintiffs") request that as to their First Amended Complaint, the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, and Eleventh Causes of Action be dismissed with prejudice pursuant to FRCP 41(a)(2), in accordance with the Settlement Agreement executed by Plaintiffs and Defendants CVS CAREMARK CORPORATION, CVS PHARMACY, INC. ("Defendants"). Said Settlement Agreement includes a release of all claims by Plaintiffs against Defendants, with the exception of the following:

> "This Agreement does not release the following claims by Employees: (1) Employees' right to participate as class members in the *Murphy* Class Action; (2) Employees' individual and class allegations for California Labor Code section 203 penalties for late payment of termination pay, arising from Employees' security check related claims in the present action and the *Murphy* Class Action; and (3) any claims that cannot be released as a matter of law, including any claims by Employees for workers' compensation. This Agreement further does not waive rights or claims that may arise after the date the Agreement is executed by Employees, including but not limited to rights or claims regarding the enforcement of the terms of this Agreement."

DATED: September 10, 2014

Aiman-Smith & Marcy
/s/ Hallie Von Rock

———————————————
Hallie Von Rock
Attorneys for plaintiffs Elizabeth Ortiz
and Gail Miller

Plaintiffs' Request for Dismissal and [Proposed] Order
*Ortiz, et al. v. CVS Caremark Corporation, et al.*
Page 1

Case no. CV 12-05859 EDL

1  **[PROPOSED] ORDER**

2  The Court having reviewed the Plaintiffs' Request for Dismissal, and good cause

3  appearing therefor, IT IS ORDERED:

4  The First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, and Eleventh

5  Causes of Action in the First Amended Complaint, in the above-captioned matter, are

6  dismissed with prejudice pursuant to FRCP 41(a)(2).

9  DATE: September 11, 2014

   *[signature]*

10  Hon. Elizabeth D. Laporte

Plaintiffs' Request for Dismissal and [Proposed] Order
*Ortiz, et al. v. CVS Caremark Corporation, et al.*
Page 2

Case no. CV 12-05859 EDL