UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH ORTIZ, et al.,

    Plaintiffs,

    v.

CVS CAREMARK CORPORATION, et al.,

    Defendants.

Case No. 12-cv-05859-EDL

**ORDER REQUIRING STATUS REPORT**

On August 19, 2014, the Court ordered the parties to file a joint status statement addressing the status of the stayed claims in this case and the state court case of Murphy v. CVS Caremark, Case No. BC464785. The parties timely filed a status statement on November 18, 2014 stating, among other things, that the Murphy case remains unresolved. The parties shall file a joint status statement no later than May 4, 2015 regarding the status of Murphy and of the stayed claims in this case.

**IT IS SO ORDERED**.

Dated: November 18, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge