United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ORTIZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>    Defendants. | Case No.  12-cv-05859-EDL<br><br>**ORDER REQUIRING STATUS REPORT** |

On November 18, 2014, the Court ordered the parties to file a joint status statement addressing the status of the stayed claims in this case and the state court case of Murphy v. CVS Caremark, Case No. BC464785.  The parties timely filed a status statement on May 4, 2015 stating, among other things, that the Murphy case remains unresolved.  The parties shall file a joint status statement no later than September 4, 2015 regarding the status of Murphy and of the stayed claims in this case.

**IT IS SO ORDERED**.

Dated: May 5, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge