United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   ELIZABETH ORTIZ, et al.,              Case No. 12-cv-05859-EDL
         Plaintiffs,
8
9        v.                               **ORDER LIFTING STAY AND
                                          SCHEDULING CONFERENCE**
10  CVS CAREMARK CORPORATION, et al.,
         Defendants.
11

12   This case has been stayed since July 24, 2013. Based on the parties' February 18, 2016

13  Joint Case Management Update, it appears appropriate to lift the stay and set dates for the

14  remainder of this case. A further case management conference shall be held at 10:00 a.m. on

15  March 8, 2016. No later than March 1, 2016, the parties shall file a joint case management

16  conference statement setting forth their proposals for the remaining case deadlines.

17   **IT IS SO ORDERED**.

18  Dated: February 24, 2016

19                                        _____
                                          ELIZABETH D. LAPORTE
20                                        United States Magistrate Judge

21
22
23
24
25
26
27
28